UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                             Plaintiff,

  -against-

BSREP III 653 HOTEL, LLC,

                             Defendants.
------------------------------------------------------------------------X

Case No.: 1:22-cv-5912

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: June 5, 2023

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: June 5, 2023

*s/Rémi Jaffré*

Rémi Jaffré
JENNER & BLOCK, LLP
1155 Ave of the Americas
New York, NY 10036
212-303-2536
rjaffre@jenner.com
*Attorneys for Defendant*